FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0537

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| GERARD GIRASOLE,<br><br>　　　　　Plaintiff and Appellant,<br><br>　　vs.<br><br>PAWS UP RANCH, LLC, d/b/a THE RESORT AT PAWS UP,<br><br>　　　　　Defendant and Appellee. | Supreme Court Cause No. DA 24-0537<br><br><br>ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |

Plaintiff-Appellant Gerard Girasole filed his Motion for Extension of Time to File Opening Brief to and including December 15, 2024, within which to file his Opening Brief.  Good cause showing, the motion is GRANTED.  The Appellant's Opening Brief is now due December 15, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 12 2024